STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MESA VERDE STRATEGIES, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>FMR LLC, FOREX CAPITAL MARKETS, LLC, INTERACTIVE BROKERS LLC, LETSGOTRADE, INC., OPTIONSXPRESS, INC., PEREGRINE FINANCIAL GROUP, INC., SHAREBUILDER CORPORATION, TD AMERITRADE, INC.<br><br>          Defendants. | Case No.  10-cv-07524-SVW (VBK)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT FOREX CAPITAL MARKETS, LLC, AND DEFENDANT TD AMERITRADE, INC.** |

1

2    **PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses
3    this action as to Defendants FOREX CAPITAL MARKETS, LLC, and TD AMERITRADE,
4    INC., <u>only</u>, pursuant to Federal Rule of Civil Procedure 41(A)(1). Said dismissals are with
5    prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,
**WHITE FIELD, INC.**

Dated: December 21, 2010

_____
Steven W. Ritcheson,
Attorney for Plaintiff
Mesa Verde Strategies, LLC

1
**NOTICE OF DISMISSAL OF DEFENDANT FOREX CAPITAL MARKETS, LLC, AND
DEFENDANT TD AMERITRADE, INC.**
Case No. 10-cv-07524-SVW (VBK)