| | |
|---|---|
| 1 | STEVEN W. RITCHESON, ESQ (SBN 174062) |
|   | White Field, Inc. |
| 2 | 9800 D Topanga Canyon Blvd. #347 |
|   | Chatsworth, California  91311 |
| 3 | Telephone: (818) 882-1030 |
|   | Facsimile: (818) 337-0383 |
| 4 | swritcheson@whitefieldinc.com |
| 5 | Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MESA VERDE STRATEGIES, LLC, | Case No.  10-cv-07524-SVW (VBK) |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT FOREX CAPITAL MARKETS, LLC, AND DEFENDANT TD AMERITRADE, INC.** |
| v. | |
| FMR LLC, FOREX CAPITAL MARKETS, LLC, INTERACTIVE BROKERS LLC, LETSGOTRADE, INC., OPTIONSXPRESS, INC., PEREGRINE FINANCIAL GROUP, INC., SHAREBUILDER CORPORATION, TD AMERITRADE, INC. | |
| Defendants. | |

**NOTICE OF DISMISSAL OF DEFENDANT FOREX CAPITAL MARKETS, LLC, AND DEFENDANT TD AMERITRADE, INC.**
Case No.  10-cv-07524-SVW (VBK)

**PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses this action as to Defendants FOREX CAPITAL MARKETS, LLC, and TD AMERITRADE, INC., <u>only</u>, pursuant to Federal Rule of Civil Procedure 41(A)(1).  Said dismissals are with prejudice, each party to bear its own costs and attorneys' fees.

Dated: December 21, 2010

Respectfully submitted,
**WHITE FIELD, INC.**

Steven W. Ritcheson,
Attorney for Plaintiff
Mesa Verde Strategies, LLC