1 | STEVEN W. RITCHESON, ESQ (SBN 174062)
    White Field, Inc.
2 | 9800 D Topanga Canyon Blvd. #347
    Chatsworth, California  91311
3 | Telephone: (818) 882-1030
    Facsimile: (818) 337-0383
4 | switcheson@whitefieldinc.com

5 | Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| MESA VERDE STRATEGIES, LLC, | Case No.  10-cv-07524-SVW (VBK) |
| Plaintiff, | **NOTICE OF DISMISSAL OF DEFENDANT SHAREBUILDER CORPORATION** |
| v. | |
| ETRADE FINANCIAL CORPORATION, FMR LLC, FOREX CAPITAL MARKETS, LLC, INTERACTIVE BROKERS LLC, LETSGOTRADE, INC., OPTIONSXPRESS, INC., PEREGRINE FINANCIAL GROUP, INC., SHAREBUILDER CORPORATION, TD AMERITRADE, INC. | |
| Defendants. | |

**NOTICE OF DISMISSAL OF DEFENDANT SHAREBUILDER CORPORATION**
Case No.  10-cv-07524-SVW (VBK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses this action as to Defendant SHAREBUILDER CORPORATION, only, pursuant to Federal Rule of Civil Procedure 41(A)(1).  Said dismissal is with prejudice, each party to bear its own costs and attorneys' fees.

Dated: December 23, 2010

Respectfully submitted,
**WHITE FIELD, INC.**

_____
Steven W. Ritcheson,
Attorney for Plaintiff
Mesa Verde Strategies, LLC