1  Steven W. Ritcheson, Esq. (SBN 174062)
   WHITE FIELD, INC.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California 91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC

8                        UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                              LOS ANGELES DIVISION

12  MESA VERDE STRATEGIES, LLC,         Case No. 10-cv-07524-SVW (VBK)

13                  Plaintiff,          **NOTICE OF DISMISSAL OF
                                        DEFENDANT OPTIONSXPRESS,
14       v.                             INC.**

15  ETRADE FINANCIAL CORPORATION, FMR
    LLC, FOREX CAPITAL MARKETS, LLC,
16  INTERACTIVE BROKERS LLC,
    LETSGOTRADE, INC., OPTIONSXPRESS,
17  INC., PEREGRINE FINANCIAL GROUP, INC.,
    SHAREBUILDER CORPORATION, TD
18  AMERITRADE, INC.

19                  Defendants.

1

2       **PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses

3  this action as to Defendant OPTIONSXPRESS, INC., <u>only</u>, pursuant to Federal Rule of Civil

4  Procedure 41(A)(1).  Said dismissal is with prejudice, each party to bear its own costs and

5  attorneys' fees.

                                                Respectfully submitted,
                                                **WHITE FIELD, INC.**

Dated: December 30, 2010

                                                Steven W. Ritcheson,
                                                Attorney for Plaintiff
                                                Mesa Verde Strategies, LLC

1
**NOTICE OF DISMISSAL OF DEFENDANT OPTIONSXPRESS, INC.**
Case No.  10-cv-07524-SVW (VBK)