Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MESA VERDE STRATEGIES, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ETRADE FINANCIAL CORPORATION, FMR LLC, FOREX CAPITAL MARKETS, LLC, INTERACTIVE BROKERS LLC, LETSGOTRADE, INC., OPTIONSXPRESS, INC., PEREGRINE FINANCIAL GROUP, INC., SHAREBUILDER CORPORATION, TD AMERITRADE, INC.<br><br>             Defendants. | Case No.  10-cv-07524-SVW (VBK)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT INTERACTIVE BROKERS, LLC** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     **PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses this action as to Defendant INTERACTIVE BROKERS, LLC, only, pursuant to Federal Rule of Civil Procedure 41(A)(1).  Said dismissal is with prejudice, each party to bear its own costs and attorneys' fees.

Dated: December 31, 2010

Respectfully submitted,
**WHITE FIELD, INC.**

_____
Steven W. Ritcheson,
Attorney for Plaintiff
Mesa Verde Strategies, LLC

1
**NOTICE OF DISMISSAL OF DEFENDANT INTERACTIVE BROKERS, LLC**
Case No.  10-cv-07524-SVW (VBK)