Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, MESA VERDE STRATEGIES, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MESA VERDE STRATEGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ETRADE FINANCIAL CORPORATION, FMR LLC, FOREX CAPITAL MARKETS, LLC, INTERACTIVE BROKERS LLC, LETSGOTRADE, INC., OPTIONSXPRESS, INC., PEREGRINE FINANCIAL GROUP, INC., SHAREBUILDER CORPORATION, TD AMERITRADE, INC.<br><br>　　　　　Defendants. | Case No. 10-cv-07524-SVW (VBK)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT PEREGRINE FINANCIAL GROUP, INC.** |

**NOTICE OF DISMISSAL OF DEFENDANT PEREGRINE FINANCIAL GROUP, INC.**
Case No. 10-cv-07524-SVW (VBK)

1

**PLEASE TAKE NOTICE** that Plaintiff Mesa Verde Strategies, LLC, hereby dismisses this action as to Defendant PEREGRINE FINANCIAL GROUP, INC., <u>only</u>, pursuant to Federal Rule of Civil Procedure 41(A)(1). Said dismissal is with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 6, 2011

Respectfully submitted,
**WHITE FIELD, INC.**

_____
Steven W. Ritcheson,
Attorney for Plaintiff
Mesa Verde Strategies, LLC

1
**NOTICE OF DISMISSAL OF DEFENDANT PEREGRINE FINANCIAL GROUP, INC.**
Case No.  10-cv-07524-SVW (VBK)